HARRY A. CORNBLUM v. DORA EISENBERG, joined by her husband, JULIUS EISENBERG.

36 So. (2nd) 211                                         January Term, 1948
May 14, 1948                                                      En Banc

*McKay, Dixon, DeJarnette & Bradford* and *Keen & O'Kelley* and *Charles H. Spitz,* for petitioner.

*Hoffman & Durant,* for respondents.

PER CURIAM:

A rehearing having been granted in this cause and the cause having been further considered upon the record and the briefs and argument of counsel for the respective parties; it is thereupon ordered and adjudged by the court that the opinion and judgment of this court filed in this cause on December 16, 1947 be and is hereby reaffirmed and adhered to on rehearing.

THOMAS, C. J., ADAMS, SEBRING and BARNS, JJ., and WISEHEART, Associate Justice, concur.

TERRELL and CHAPMAN, JJ., dissent.